**NS**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**14    4010**

*Bin Kang, PhD*
*YAN YAN*

2014 JUN 28   A 11: 19
USDC-EDPA
REC'D CLERK

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

*City of Philadelphia,*
*Dept. of Probation Office*

*Dych, Timothy*

*University of Pennsylvania*
*Leo Spooler, University Police*

**COMPLAINT** with Exhibit I, II, III

IV V

Jury Trial: ☑ Yes   ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification
number and the name and address of your current place of confinement. Do the same for any additional
plaintiffs named. Attach additional sheets of paper as necessary.

| | | | |
|---|---|---|---|
| Plaintiff | Name | *Bin Kang* | *Yan Yan* |
| | Street Address | *135 N. 8th St* | |
| | County, City | *Philadelphia* | |
| | State & Zip Code | *PA 19107* | |
| | Telephone Number | | |

*Rev. 10/2009*

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a
      government agency, an organization, a corporation, or an individual. Include the address where each
      defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in
      the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1           Name _Dept of Probation office, Dych Timothy_
                          Street Address _1515 Arch Street, 14th Floor_
                          County, City _____Philadelphia_
                          State & Zip Code _PA 19103_

Defendant No. 2           Name _____
                          Street Address _____
                          County, City _____
                          State & Zip Code _____

Defendant No. 3           Name _University Pennsylvania / Leo Speader_
                          Street Address _3401 Spruce Street_
                          County, City _____Philadelphia_
                          State & Zip Code ____PA 19104_

Defendant No. 4           Name _____
                          Street Address _____
                          County, City _____
                          State & Zip Code _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.
§ 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
      [✓]  Federal Questions        [ ]  Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
      issue? _1. Family and Medical Leave Act (FMLA)_
      _____2. First, Fourteenth Amendment of the United States_
      _____Constitution, and 42 U.S.C. Section 1983_

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? _City of Philadelphia, Priobation Depentment, ____ _____ University Pennsylvanias 'Leo Speader , University Police_

B.     What date and approximate time did the events giving rise to your claim(s) occur? _05/05/2014_

C.   Facts: Being former postdoc fellow of University of Penn, Bin was wrongly terminated by breaching an employment contract in 2008. Plaintiff, Bin Kang, was wrongly charged trespass violation as retaliation, at Upenn Campus. University police Leo Spader arrested Kang at his home @ Jenkintown, PA 19046 on 11/28/2012. Failed to receive sufficience of Defender Venus Foster, Bin forced to plead guilty on 11/21/2013. Bin was charged to be 4 years probation and fine (civil case: 003192, crimial case MC-51-CR-0004829/-2012) On 04/14/14 Kang called probation officer Dych Timothy to go back China for his father's medical emergency and funeral event.

So Kang ordered air ticket on 4/15/2014. Kang Then was told that he can't leave the country for any reason and he was wrongly arrested on 05/05/2014.

Kang was detained at Philadelphia Prison System CFCF for few weeks, then he was transfered to Detection Center.

Kang made complaint through Yan Ten, to the Warden due to insufficent food supply. Then kang was put into protective custodine and keeps him with insufficent food supply as retaliation.

Case Reported to Warden (215 685 590) on June 24, 2014 (215 685 880) Case complained to Warden Mr Deleny through Ms Heise on June 26, 2014 Case Complained to Office of Inspector General on June 24, 2014. Social Worker MS Ali: 215 685 8567, Ms Christmas 215 685 8496 Yan was retaliated by Upem since Yan made discrimination complaints against Upem. YAN complained police since Yan's theft case report had never investigated since 2008. Yan was claimed that her sto lost property were not hers, to prevent Yan from Investigation. (Case No: 14-06-24313, 14-06-021273, 14-06-021273, 14-06-07636,            2014-06-021333, ticket No: 357051-0-311 office).

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _physical suffering, depression, anixiety, humilation, embarrassing, defamation, cruel and unusual punishmend due to improperly and/or falsely arrest, assault, imprison, inflict emotional stress, retaliation, deprive civil right._

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

— Exercise Jurisdiction over this matter
— Award Plaintiff damages, with statutory interest, that are necessary and proper to compensate him for his physical and mental suffering and edamages.
— Award Plaintiff punitive damages.
— Award Plaintiff his reasonable reputation damage
— Grant such other relief as the Court deems just, proper and equitable;
   all of which is in excess of $150,000.ᵒᵘ.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _27_ day of ___June_____ , 20_14_.

Signature of Plaintiff ____ Bin bany   YAN YAN

Mailing Address __135 N. 9th Street,_____
____philadelphia, PA 19107_____

_____

Telephone Number _267423 9118 or 215 941 2265

Fax Number (if you have one) _____

E-mail Address _____
Kbin 66 @ hotmail. com or
YY-88 @ hotmai.com

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also
provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _27_ day of ___June_____ , 20_14_, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.

Yan Yan for
Signature of Plaintiff: ____ Bin bany_____

Inmate Number __1130974_____

Exhibit I

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0048291-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Bin  Kang

Page 1 of 12

## CASE INFORMATION

| | |
|---|---|
| Judge Assigned: | Date Filed: 11/28/2012    Initiation Date: 11/28/2012 |
| OTN: N 835576-0    LOTN: | Originating Docket No: PARS-MC-51-CR-0048291-2012 |
| Initial Issuing Authority: | Final Issuing Authority: |
| Arresting Agency: University Of Pennsylvania Pd | Arresting Officer: Affiant |
| Complaint/Incident #: | |
| Case Local Number Type(s) | Case Local Number(s) |
| District Control Number | 1218067564 |

## STATUS INFORMATION

Case Status:  Closed

| Status Date | Processing Status | Arrest Date: | 11/27/2012 |
|---|---|---|---|
| 06/05/2014 | Awaiting Violation of Probation Hearing | | |
| 05/14/2014 | Completed | | |
| 05/08/2014 | Awaiting Violation of Probation Hearing | | |
| 05/06/2014 | Awaiting Gagnon I Hearing | | |
| 04/14/2014 | Bench Warrant Probation Violation Issued | | |
| 11/21/2013 | Sentenced/Penalty Imposed | | |
| 11/21/2013 | Awaiting Sentencing | | |
| 11/06/2013 | Awaiting Trial | | |
| 07/09/2013 | Awaiting Mental Health Evaluation | | |
| 02/15/2013 | Awaiting Trial | | |
| 11/28/2012 | Awaiting Status Hearing | | |

Complaint Date:    11/28/2012

2014 JUN 28  A 11: 20
USDC-EDPA
REC'D CLERK

CPCMS 9082

Printed: 06/26/2014

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

### DOCKET



**Docket Number: MC-51-CR-0048291-2012**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Bin Kang

Page 2 of 12

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Preliminary Arraignment | 11/28/2012 | 5:21 am | B08 | Arraignment Court Magistrate Sheila M. Bedford | Scheduled |
| Emergency Release Hearing | 12/04/2012 | 12:00 pm | 1104 | | Scheduled |
| Status | 12/28/2012 | 10:00 am | 404 | Judge Marsha H. Neifield | Scheduled |
| Status | 01/18/2013 | 9:00 am | 406 | Judge Dawn A. Segal | Continued |
| Status | 02/15/2013 | 8:30 am | 406 | Judge Patrick F. Dugan | Scheduled |
| Trial | 02/26/2013 | 10:00 am | 706 | Judge Nazario Jimenez Jr. | Continued |
| Trial | 04/05/2013 | 10:00 am | 706 | Judge Karen Y. Simmons | Continued |
| Trial | 05/07/2013 | 10:00 am | 706 | Judge Gerard A. Kosinski | Continued |
| Trial | 06/12/2013 | 10:00 am | 706 | Judge Craig M. Washington | Scheduled |
| Status | 07/09/2013 | 9:00 am | 406 | Judge Teresa Carr Deni | Continued |
| Status | 07/17/2013 | 9:00 am | 1103 | Judge Marsha H. Neifield | Continued |
| Status | 09/11/2013 | 9:00 am | 1103 | Judge Marsha H. Neifield | Continued |
| Status | 11/06/2013 | 9:00 am | 1103 | Judge Marsha H. Neifield | Scheduled |
| Trial | 11/14/2013 | 10:00 am | 706 | Judge Patrick F. Dugan | Continued |
| Trial | 11/21/2013 | 10:00 am | 706 | Judge James M. DeLeon | Scheduled |
| Payment Plan Conference | 05/05/2014 | 3:00 pm | 1104 | | Scheduled |
| Gagnon I Hearing | 05/14/2014 | 9:00 am | 888 | Trial Commissioner Keith Smith | Scheduled |
| Violation of Probation | 06/02/2014 | 10:00 am | 906 | Judge James M. DeLeon | Continued |
| Add-On/Psychiatric Evaluation | 06/05/2014 | 8:30 am | Mental Health Clinic | | Scheduled |
| Violation of Probation | 06/16/2014 | 10:00 am | 806 | Judge James M. DeLeon | Scheduled |
| VOP Hearing | 08/04/2014 | 10:00 am | 906 | Judge James M. DeLeon | Scheduled |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 05/05/2014 | County Jail | Detention Center | | Yes |

### DEFENDANT INFORMATION

| Date Of Birth: | 10/30/1966 | City/State/Zip: Jenkintown, PA 19046 |
|---|---|---|

CPCMS 9082

Printed: 06/26/2014

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0048291-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Bin Kang

Page 3 of 12

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Kang, Bin |
| Probation Officer | Dych, Timothy |

## BAIL INFORMATION

**Kang, Bin**                                                                                                    **Nebbia Status: None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 11/28/2012 | Monetary | 10.00% | $20,000.00 | | |
| Increase Bail Amount | 09/11/2013 | Monetary | 10.00% | $100,000.00 | | |
| | | | | | Partial Posting | 12/01/2012 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | | 18 § 3503 | Def Tres Actual Communication to Leave School | 11/16/2012 | N 835576-0 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition |
|---|---|---|
| Sequence/Description | Offense Disposition | Grade        Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |

**Proceed to Court**

| Preliminary Arraignment | 11/28/2012 | Not Final |
|---|---|---|
| 1 / Def  Tres Actual Communication to Leave School | Proceed to Court | 18 § 3503 §§ B1v |

**Guilty Plea - Negotiated**

| Trial | 11/21/2013 | Final Disposition |
|---|---|---|
| 1 / Def  Tres Actual Communication to Leave School | Guilty Plea - Negotiated | 18 § 3503 §§ B1v |
| DeLeon, James M. | 11/21/2013 | |
| Probation | Max of 4.00 Years | 11/21/2013 |
| | 4 years | |

first two years of probation to be reporting, last two years to be non-reporting

to be supervised by the Mental Health Unit

to remain on prescribed medications for the duration of probation period

protective order against University of Pennsylvania issued

CPCMS 9082

Printed: 06/26/2014

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

**DOCKET**



**Docket Number: MC-51-CR-0048291-2012**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Bin  Kang

Page 4 of 12

## COMMONWEALTH INFORMATION

Name:    Philadelphia County District Attorney's Office
     Prosecutor

Supreme Court No:

Phone Number(s):
   215-686-8000    (Phone)

Address:
   3 South Penn Square
   Philadelphia, PA 19107

## ATTORNEY INFORMATION

Name:    Venus Foster
     Court Appointed

Supreme Court No:    090803

Rep. Status:    Active

Phone Number(s):
   215-552-8858    (Phone)
   215-498-5792    (Office)

Address:
   Law Ofc of Michael Coard
   1650 Market St Fl36
   Philadelphia, PA 19103-7334

Representing: Kang, Bin

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/28/2012 | | Municipal Court - Philadelphia County |
| PARS Transfer | | | |
| 2 | 11/28/2012 | | Bedford, Sheila M. |
| Bail Set - Kang, Bin | | | |
| 1 | 12/01/2012 | | Kang, Bin |
| Bail Posted - Kang, Bin | | | |
| 3 | 12/28/2012 | | Neifield, Marsha H. |
| Order Granting Motion for Continuance | | | |

Commonwealth discovery passed
Requests a forthwith Psych
Next Court date: 1/18/13, Rm 406

PD / T.C. Floyd / Ct Clk: L. Goffe, Rm 404 CJC

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: MC-51-CR-0048291-2012**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Bin  Kang

Page 5 of 12

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|

**3**     01/18/2013        Segal, Dawn A.

Order Granting Motion for Continuance

    FORTHWITH MENTAL HEALTH EVALUATION ORDERED FOR COMPETENCY AT BAR OF COURT
STAY AWAY ORDER IN AFFECT FOR PROFESSOR KEENE AND ANY UNIVERSITY OF PENNSYLVANIA STAFF
MEMBERS
DEFENDANT IS TO BE COMPLIANT WITH TREATMENT AS A CONDITION OF BAIL
STATUS OF MENTAL HEALTH
NCD:2/15/13       ROOM 406

    ADA:AYERS, PD: BLENDER, STENO:MCNEELY, CLERK: BRADY,JUDGE:SEGAL

**2**     02/15/2013        Dugan, Patrick F.

Order Granting Motion for Continuance

    DEFENDANT FOUND TO BE COMPETENT TO PROCEED
TIME RULED EXCLUDABLE
STAY AWAY ORDER IN AFFECT
LIST FOR TRIAL
NCD:2/26/13 ROOM 706
ADA:AYERS, PD: NGEE, STENO:MCNEELY, CLERK: BRADY,JUDGE:DUGAN

**3**     02/15/2013        Municipal Court -  Philadelphia County

Trial Scheduled 2/26/2013 10:00AM

**1**     02/26/2013        Jimenez, Nazario Jr.

Order Granting Motion for Continuance

    PD conflict, court to appoint new counsel
Manderin interpreter needed
Commonwealth ready on call
time ruled excludible
ncd: 4/5/13 room 706
ADA: Manteiga/Wright/Lindeen, PD: Evans, Steno: Harris, Clerk: McCoach, Hon. Jimenez, Jr.

**2**     02/26/2013        MC Courtroom Operations

Trial Scheduled 04/05/2013 10:00AM

**1**     03/01/2013        Foster, Venus

Entry of Appearance

**1**     04/05/2013        MC Criminal Listing Department

Trial Scheduled 05/07/2013 10:00AM

    4/5/13 Approved by Hon. Simmons per GT Cunningham, defense advance request.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0048291-2012**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Bin  Kang

Page 6 of 12

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 04/05/2013 | | Simmons, Karen Y. |

Order Granting Motion for Continuance
Advance Defense Request

Defense request for further preparation
Commonwealth ready on call
Discovery mailed to attorney
Must be tried Defense

NCD: 5/7/13  Room 706

Hon. K. Simmons  ADA:L. Lindeen  ATTY: V. Foster  STENO: B. Harris  CLERK: K. Dandy

| 1 | 05/07/2013 | | MC Courtroom Operations |

Trial Scheduled 06/12/2013 10:00AM
4/5/13 Approved by Hon. Simmons per GT Cunningham, defense advance request.

| 3 | 05/07/2013 | | Kosinski, Gerard A. |

Order Granting Motion for Continuance
Defense Request

Defense request for further investigation
Commonwealth ready on call
Mandrian intrepreter needed

NCD: 6/12/13  Room 706

Hon. G. Kosinski  ADA: L. Lindeen  ATTY: V. Foster  STENO: B. Harris  CLERK: K. Dandy

Printed: 06/26/2014

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0048291-2012**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania

v.

Bin Kang

Page 7 of 12

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 06/12/2013 | | Washington, Craig M. |

Order Granting Motion for Continuance

Commonwealth ready
Defense request further investigation for trial
Discovery complete
Offer rejected
Forthwith FIR evaluation ordered
Stay away ordered issued
Attorney ordered attached next listing
Time ruled exludable
EPD: 7/5/13 -- joint request later date
NCD: 7/9/13 room 406 for protracted trial

ADA: L. Lindeen, Defense: V. Foster, Steno: B. Harris, Clerk: P. Kriebel, Judge: Hon. C. Washington -- defendant notified of next listing

| | | | |
|---|---|---|---|
| 1 | 07/09/2013 | | Deni, Teresa Carr |

Mental Health Evaluation Ordered

A FORTHWITH Psychiatric Evaluation is ordered for competency, placement and treatment
(Court to receive phone call in courtroom if defendant is competent to stand trial)

Hon. Teresa Carr Deni
ADA- Lance Lindeen/ Def- Venus Foster, Esq/ Ct. Rept- Kris Vargas/ Ct. Clk- Lisa Corbitt

EODIE- defendant is incompetent
List for status before Judge Neifield for medicines and treatment.
A Stay Away Order remains in effect
NCD- 07/17/2013 Rm 1103.

Printed: 06/26/2014

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY



**DOCKET**

**Docket Number: MC-51-CR-0048291-2012**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Bin Kang

Page 8 of 12

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 07/17/2013 | | Neifield, Marsha H. |

Order Granting Motion for Continuance

CASE LISTED FOR MENTAL HEALTH COURT
DEFENDANT IS INCOMPETENT
RECOMMENDED OUT PATIENT TREATMENT. CONDITION OF BAIL IS DEFENDANT TO SEEK FOR MEDICAL
TREATMENT.
MENTAL HEALTH EVALUATION FOR COMPETENCY PERFORMED BY DOCTOR STANTON. MANDERIAN
INTERPITOR DUANTONG ZENG REQUIRED TO STAND IN
STAY AWAY ORDER STILL REMAINS

CONTINUE FOR FURTHER STATUS
NEXT COURT DATE  9/11/13  ROOM: 1103
DATE IS EARLIEST POSSIBLE DATE REQUESTED
DEFENDANT ON BAIL/SIGNED SUBPOENA

HONORABLE: MARSHA NEIFIELD
ADA: DAVE AYERS   ATTNY: VENUS FOSTER
STENO: KRIS VARGAS   CLERK: KIM FORD

| 3 | 09/11/2013 | | Neifield, Marsha H. |

Order Granting Motion for Modification of Bail - Kang, Bin

| 4 | 09/11/2013 | | Neifield, Marsha H. |

Order Granting Motion for Continuance

CASE LISTED FOR MENTAL HEALTH COURT
DEFENDANT INCOMPETENT
DEFENDANT NOT IN COMPLIANCE WITH PROGRAM AND TREATMENT.
COMMONWEALTH MOTION TO INCREASE BAIL IS GRANTED. BAIL INCREASED TO $100,000 (ONE
HUNDRED THOUSAND DOLLARS AT 10 PERCENT)
CONDITION OF BAIL IF POSTED IS DEFENDANT TO COMPLY WITH MENTAL HEALTH TREATMENT AND TAKE
ALL REQUIRED MEDICINE PRESCRIBED BY DOCTORS
COMMIT FOR 60 DAYS TO FORENSIC UNIT OF DETENTION CENTER VIA 304/402B

CONTINUE FOR FURTHER STATUS
NEXT COURT DATE  11/6/13  ROOM: 1103
DATE IS EARLIEST POSSIBLE DATE REQUESTED

HONORABLE: MARSHA NEIFIELD
ADA: DAVE AYERS   ATTNY: VENUS FOSTER
STENO: KRIS VARGAS   CLERK: KIM FORD

CPCMS 9082

Printed: 06/26/2014

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

DOCKET



**Docket Number: MC-51-CR-0048291-2012**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Bin Kang

Page 9 of 12

ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/06/2013 | | Neifield, Marsha H. |

Order Granting Motion for Continuance

   CASE LISTED FOR MENTAL HEALTH COURT
   DEFENDANT COMPETENT
   RE-COMMIT FOR 60 DAYS TO FORENSIC UNIT OF DETENTION CENTER VIA305/405
   CONTINUE FOR POSSIBLE NON TRIAL DISPOSITION

   LIST FOR TRIAL
   NEXT COURT DATE: 11/14/13 ROOM 706
   DATE IS EARLIEST POSSIBLE DATE REQUESTED
   TIME RULED EXCLUDABLE

   HONORABLE: MARSHA NEIFIELD
   ADA: DAVE AYERS   ATTNY: VENUS FOSTER
   STENO: NANCY McNEELY   CLERK: KIM FORD

| 2 | 11/06/2013 | | MC Courtroom Operations |

Trial Scheduled 11/14/2013 10:00AM

| 1 | 11/14/2013 | | MC Courtroom Operations |

Trial Continued

| 2 | 11/14/2013 | | MC Courtroom Operations |

Trial Scheduled 11/21/2013 10:00AM
   non-trial

| 4 | 11/14/2013 | | Dugan, Patrick F. |

Order Granting Motion for Continuance

   Commonwealth ready on call
   Defense ready
   Guilty plea held until next listing
   Mandarin interpreter required
   Time ruled excludable
   NCD: 11/21/13 room 706 for guilty plea only

   ADA: L. Lindeen, Defense: V. Foster, DRT: D. Westfield, Clerk: P. Kriebel, Judge: Hon. P. Dugan -- defendant in
   custody

| 1 | 11/21/2013 | | Yan, Yan |

Miscellaneous Motion Filed
   Defendant's motion to remove court appointed counsel

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY



DOCKET



**Docket Number: MC-51-CR-0048291-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Bin  Kang

Page 10 of 12

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 11/21/2013 | | DeLeon, James M. |

Guilty Plea - Negotiated

Negotiated Guilty Plea: sentenced to 2 years reporting probation to be followed by 2 years non-reporting probation -- to be supervised by the Mental Health Unit -- to remain on prescribed medications for duration of probation sentence -- protective order against University of Pennsylvania issued -- court costs to be paid within 4 years -- supervision fees waived

ADA: L. Lindeen, Defense: V. Foster, DRT: S. Albergotti, Clerk: P. Kriebel, Judge: Hon. J. DeLeon

| 3 | 11/21/2013 | | DeLeon, James M. |
|---|---|---|---|

Order - Sentence/Penalty Imposed

Negotiated Guilty Plea: sentenced to 2 years reporting probation to be followed by 2 years non-reporting probation -- to be supervised by the Mental Health Unit -- to remain on prescribed medications for duration of probation sentence -- protective order against University of Pennsylvania issued -- court costs to be paid within 4 years -- supervision fees waived

ADA: L. Lindeen, Defense: V. Foster, DRT: S. Albergotti, Clerk: P. Kriebel, Judge: Hon. J. DeLeon

| 1 | 12/24/2013 | | Municipal Court - Philadelphia County |
|---|---|---|---|

Bail Refund

| 1 | 04/14/2014 | | Dembe, Pamela Pryor |
|---|---|---|---|

Bench Warrant Probation Violation - Issued

VOP
PP#1130974
PO T.DYCH
UNIT MH
215-683-1359

| 1 | 05/06/2014 | | Philadelphia County Adult Probation Department |
|---|---|---|---|

Gagnon I Hearing Scheduled 05/14/2014  9:00AM

| 1 | 05/13/2014 | | Philadelphia County Adult Probation Unit |
|---|---|---|---|

Gagnon 1 Summary Filed

| 1 | 05/14/2014 | | Smith, Keith |
|---|---|---|---|

Bench Warrant Probation Violation - Lifted

Printed:  06/26/2014

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

DOCKET

**Docket Number: MC-51-CR-0048291-2012**

# CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania

v.

Bin Kang

Page 11 of 12

ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 05/14/2014 | | Smith, Keith |

Detainer Issued

T/C: Keith Smith
Clerk of Court Jeff Kostic/Tracey Roselle
Violation of Probation Arrest Warrant is lifted. Detainer is issued. Detainer to remain. pending GAGNON 2 (VOP)
hearing before Judge
Defendant notified of the next Court date

| 1 | 06/02/2014 | | DeLeon, James M. |
|---|---|---|---|

VOP Continued To Date Certain

Forwith Pysch evaluation ordered
detainer to remain
Continued to 06/16/2014 room 806

ADA: Lauren Katona Helen Park PD Juila Theobald Steno: Heidi Roth Clerk: Maddie Antinucci Judge DeLeon

| 1 | 06/16/2014 | | DeLeon, James M. |
|---|---|---|---|

VOP Continued To Date Certain

VIOLATION OF PROBATION
Defendant has open bills
Violation of probation hearing continued
Detainer to remain
Next court date 8.4.14 room #906
Defendant is in local custody

Judge: James M. DeLeon; ADA: Friend-Kelly; PD: Wasilczuk; Steno: Phy; Clerk: Hancock

| 2 | 06/23/2014 | | Yan, Yan |
|---|---|---|---|

Motion for Removal of Counsel

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY


**DOCKET**



### Docket Number: MC-51-CR-0048291-2012
## CRIMINAL DOCKET
#### Court Case

Commonwealth of Pennsylvania

v.

Bin Kang

Page 12 of 12

**CASE FINANCIAL INFORMATION**

Last Payment Date: 12/24/2013                    Total of Last Payment -$600.00

| **Kang, Bin** Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Bail Bond (Philadelphia) | $10.00 | -$10.00 | $0.00 | $0.00 | $0.00 |
| ATJ | $3.00 | $0.00 | $0.00 | $0.00 | $3.00 |
| Booking Center Fee (Philadelphia) | $175.00 | $0.00 | $0.00 | $0.00 | $175.00 |
| CJES | $2.25 | $0.00 | $0.00 | $0.00 | $2.25 |
| CQS Fee Misdemeanor (Philadelphia) | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $9.60 | $0.00 | $0.00 | $0.00 | $9.60 |
| Costs of Prosecution - CJEA | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| County Court Cost (Act 204 of 1976) | $31.20 | $0.00 | $0.00 | $0.00 | $31.20 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Firearm Education and Training Fund | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| JCPS | $10.25 | $0.00 | $0.00 | $0.00 | $10.25 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| State Court Costs (Act 204 of 1976) | $11.20 | $0.00 | $0.00 | $0.00 | $11.20 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Bail Poundage (Philadelphia) | $600.00 | -$600.00 | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $1,035.50 | -$610.00 | $0.00 | $0.00 | $425.50 |
| Grand Totals: | $1,035.50 | -$610.00 | $0.00 | $0.00 | $425.50 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



FIRST JUDICIAL DISTRICT OF PA
## COURT OF COMMON PLEAS
TRIAL DIVISION CRIMINAL

ADULT PROBATION AND PAROLE DEPARTMENT
1401 ARCH STREET
PHILADELPHIA, PA 19102
PHONE: (215) 683-1281  FAX: (215) 683-1280
WEB:  http://www.court.phila.gov

**CHARLES J. HOYT**
CHIEF PROBATION OFFICER

## GAGNON I SUMMARY

5/13/2014

| | | | |
|---|---|---|---|
| TO:  Trial Commissioner | | DOCKET: MC-51-CR-0048291-2012 | |
| STATUS: CUSTODY | INMATE #: 1409397 | LOCATION: DC | Warrant: 51-BV-0005224-2014 |
| | | ISSUE: 04/14/2014   LODGE: | LIFT: |
| PID: 1130974 | SID  40337148 | OFFENDER:  KANG, BIN | |
| OFFICER: Dych, Timothy | | PHONE:  (215) 683-1358 | TEAM: MentalHealth |
| START:  11/21/2013  END:  11/21/2017 | | SUPERVISOR:  Palmer, Jeannette | PHONE:  (215) 683-1362 |

The subject is currently sentenced on the following by The Honorable   DeLeon, James M.

**18-3503-B1v - Def  Tres Actual Communication to Leave School**

to:  **4 YRS PROBATION, FIRST 2 YRS PROBATION TO BE REPORTING, LAST TWO YRS TO BE NON REPORTING, MH SUPERVISION, TO REMAIN ON PRESCRIBED MEDICATIONS FOR DURATION OF PROBATION PERIOD, PROTECTIVE ORDER AGAINST UNIVERSITY OF PENNSYLVANIA ISSUED, SFW**

Conditions:
Mental Health Unit
Stay away order from University of Pennsylvania imposed
Case can be non reporting for last two years.

Fines and Costs:
Balance: 365.50
Paid:$0

### DIRECT VIOLATIONS

### POTENTIAL DIRECT VIOLATIONS

USDC-EDPA
REC'D CLERK
2014 JUN 28  A 11: 20

### OTHER JURISDICTION VIOLATIONS

### DRUG TESTING RESULTS

© 2013 Philadelphia Adult Probation and Parole Department.  All Rights Reserved.

**DATE:**      4/8/2014  ID:  6001375582   **Negative**

## EMPLOYMENT STATUS

AS OF      11/22/2013  -  Unemployed           -

## SUPERVISION SUMMARY

Mr.Kang reported as scheduled.
A mental health evaluation was never ordered in this case.
Mr. Kang never enrolled in mental health treatment. Due to his immigration status he was never able to recieve medical benefits.


On 4/14/14 I recieved the following correspondences from Detective Leo Spaeder of The University:

UPDATE
PRIORITY RESPONSE # 2013 – 56
Please respond to any calls for assistance in Lynch Labs, College Hall or the Duhring Wing of the Furness Building. Kang was fired by the university in 2006 and has been harassing assorted university staff members since then.  He was officially notified on 11/11/10 that he is not permitted on campus, or to have any contact with university staff.  He was arrested on 1/14/11 for summary trespass at 4040 Chestnut Street and again on 11/16/13 for misdemeanor trespass at the Furness Building.  He pled guilty to the misdemeanor arrest on 11/21/13 and as part of his sentence a stay away order was issued that will be in effect till 11/21/17.  This stay away order includes both Kang and his wife Yan Yan.  They are not permitted in any university buildings or have any personal or electronic contact with any university staff members or visit their homes in or outside Philadelphia.  A copy of the stay away order is on file in Penn Comm under MC#51-CR-0048291-2012.

On 4/8/14 Bin Kang has made numerous phone calls threatening to visit Penn's campus.  He was reminded of the above court order and he responded that he did not care and was not bound by any U.S. Laws and would be contacting the University regardless of the court's order.  If seen on campus he is to be arrested and brought to Penn's H.Q. and the assigned contacted.

Bin Kang 41 a/m, 5'4", 140 lbs□□□Yan Yan 39 a/f, 5'2", 100 lbs
The Colonnade Apartments, 100 Old York Rd, Apt E419, Jenkintown Pa 19046
DOB 10/30/66      DOB 4/4/71
Pa OLN 27485710     Pa OLN 27852236

Detective Leo Spaeder # 77, University of Pennsylvania Police Department
4040 Chestnut Street, Philadelphia, Pa.  19104, Office # (215) 898 – 4485 or (215) 573 -
3333
4/8/14

---

On 4/14/14 Mr.Kang called me and reported that was going to China to see his father.  I instructed him that he was not allowed to leave the city, let alone the country and that a warrant would be issued.

An absconder warrant was issued on 4/14/14.

On 4/15/14 I received a forwarded email from Det. Spaeder from Bing Kang with a Travelzoo flight intinerary with the name Bing Kang with a flight to Beijin China leaving on 4/15/14.

On 5/5/14 Mr.Kang was taken into custody when he reported to The Probation Department.


Inside Phila. Arrests / Convictions: 1 / 1    Outside Phila. County Arrests / Convictions:  0/ 0

## RECOMMENDATION

It is respectfully recommended that the detainer be held in force pending a violation hearing before Judge Deleon.

© 2013 Philadelphia Adult Probation and Parole Department.  All Rights Reserved.

**Reviewed and Approved by**

---

Palmer, Jeannette                    5/13/2014 7:55:06 AM

*TEAM:*  MentalHealth

*EMAIL:*  Jeannette.Palmer@courts.phila.gov                    *PO EMAIL*  Tim.Dych@courts.phila.gov

© 2013 Philadelphia Adult Probation and Parole Department.  All Rights Reserved.

Exhibit III.
Case 2:14-cv-... Document... Filed... Page 21 of 25

# OFFICE OF THE INSPECTOR GENERAL COMPLAINT FORM

## COMPLAINT FORM

**NUMBER** _____

**Source of Complaint**
- ☑ City Department/Employee
- ☐ Contractor/Vendor
- ☐ Resident
- ☐ Business Owner
- ☑ Government Agency
- ☐ Other

**Received:** ☐ Mail  ☐ Telephone  ☐ Web/E-mail  ☑ Walk-in  ☐ Other

Date: 6/24/2014  Time: 4:55  Interviewer: _____

Complainant: Discrimination treatment at CFCF and Detention center based on race and national of origin

Address: 135 N. Nineth Street, Philadelphia, PA 19/0 Telephone: 215941 2265

E-Mail: YY_88@hotmail.com

City Employee/Vendor Involved: City prison system CFCF Detention Center PR#: _____

Department: CFCF, Detation Center Dept No. _____ Unit: _____

Date of Incident: 2013 — 2014 June 23 Location of Incident: CFCF Detetion center

Persons Involved: Kang Bin was abused with bruise on his forarm at CFCF Bin Kong lost weight for more than 10 Lb by pro insufficient edible food. After cash deposite, Bin was not get sufficient edidle food either.
*(Listen to complaint first-who, what, when, where, why)*

Nature of Allegation: Bin was the only one asian prisoner at CFCF 2013-2014, Complaint found bruise on Bin's forarm when he was Kept at CFCF in 2013.

In June 2014, Bin was kept at Detention Center, complaint visited him last week and found he lost more than 10 Lb weight, clearly he was not provide sufficient edible food, and complaint received Bin's call for dozens of time, but due to cell phone plan ended, complainant failed to get contaction of Bin. Complainant Yan called Detention center, she was threaten to be arrested, she was threatend to wrongly

Witnesses (to include telephone numbers): charged as harrassment.

Social Worker Mr ALi 215685 8567

Action Taken: _____

_____

Date of Referral *(if applicable)*: _____

Complaint Key: _____  Closing Date: _____

**Complaint Keys:**
*AUDIT•BACKGRND•BRIBERY•COMPUTER•CONFLICT•DEPT•DRINKING•DRUGS•EMPLOYEE•EXTORT•FRAUD•MISCELL•MISCNDC T•NO/ACT•NO/WORK•PAYOFF•RESIDENT•SIGNIF•TELEPHON•TEST•THEFT•TIME•TRASH•VEHICLES*

Exhibit IV

Court of Common Pleas of Philadelphia

Trustee of University
of Pennsylvania

vs

Bin Kay, Ph.D

Case No: MC-51-CR-
0048291-2012

**RECEIVED**

JUN 23 2014

**ACTIVE CRIMINAL RECORDS
CRIMINAL MOTION COURT**

Defendant's motion to remove Counsel.

Defendant petitions this Court to remove the current
defender Venus Foster. She failed to provide any assistance
during Trial, and she brought a lot of herassment and
stress to Defendants which caused Defendant suffered a
lot. She, Foster, brought discriminatory comments against
Defendant's based on his race, national of origin,
which damaged Defendant's civil right and violated
– 42 USC. §1983 Equal Protection Clause.

Therefore, Defendant petitions respectively to this
court to remove the current Defender, Ms Venus Foster.

Respectively submitted.

Dated on June 23, 2014

By Yan Yan
For Bin kay
pro se.
135 N 8th street, Phila.

Trustee of University Pennsylvania          Case No:

                    Plaintiff

        VS                        **RECEIVED**  MC-51-CR-0048291-2012

                                  JUN 26 2014

Bin Kang, PhD      Defendant **ACTIVE CRIMINAL RECORDS**
                                      **CRIMINAL MOTION COURT**

        Defendant's motion to Sanctions and Dismiss

        the Complaints of Plaintiff.

Defendant, Bin Kang, was employee (post doc fellow) at University
Pennsylvania (Upenn) since 2002 to 2006. Plaintiff treated Defendant
worse by harassing and disturbing his efforts on Biology Research. Though
Defendant worked diligently and productively, he failed to publish his
discoveries on phytochrome signaling mechanisms.

   Defendant Kang was wrongly terminated in 2006 by breaching an
employment contract. Kang filed a lawsuit against Plaintiff in 2010 Feb
(Case No. 003192, 2012 Feb).

   Plaintiff complained Kang to violate trespass and violate probation
on 11/28/2014. The university police arrested Bin at home and Bin's
case lasted more than 365 days. So far, the trial is still on going.
Since plaintiff's complaint violated Rule 600 (A). According to
Rule 600 (D), the complaint should be dismissed.

Besides, the complaint claimed that Bin violated trespass to the campus, however, the Plaintiffs: University Police didn't catch Bin at campus, but arrested him at his home, which could not support the complaint claim, University Police have no authority in working out of university's circumstance. Thus, they came to Defendant's home, which             is out of their duty and can be seen as harassment. Def was wrongly charged by the probation officer. Bin was misled by probation officer, and Bin cancelled air ticket right after he learned the mistake. Therefore, Defendants motions to this Court to dismiss the complaint due to violation of Rule 600 (A) and due to lack of evidence to support its complaint.

Respectively submitted,
Dated on  June 25, 2014,

By  Yan YAN
for Bin Kay

135 N 9th street,
Philadelphia, PA 19107

BTW, Yan was harassed at the office of Inspector General to make her complaint. Yan was threatened to be arrested for making this complaint. We don't see any thing that showed Bin had violated his probation. The information of probation office is not sufficient to support his claim.

# OFFICE OF THE INSPECTOR GENERAL
## COMPLAINT FORM

## COMPLAINT
## NUMBER _____

**Source of Complaint**
☑ City Department/Employee
☐ Contractor/Vendor
☐ Resident
☐ Business Owner
☑ Government Agency
☐ Other

Received: ☐ Mail   ☐ Telephone   ☐ Web/E-mail   ☑ Walk-in   ☐ Other

Date: 6/24/2014   Time: 4:55   Interviewer: _____

Complainant: Discrimination treatment at CFCF and Detention center based on race and national of origin

Address: 135 N. Nineth Street, Philadelphia, PA 19140  Telephone: 215941 2265

E-Mail: YY 88@hotmail.com

City Employee/Vendor Involved: City prison system CFCF Detention Center   PR#: _____

Department: CFCF, Detation Center  Dept No. _____ Unit: _____

Date of Incident: 2013 _ 2014 June 23  Location of Incident: CFCF Detention center

Persons Involved: Kang Bin was abused with bruise on his forarm at CFCF
Bin Kang lost weight for more than 10Lb by insufficient edible food.
After cash deposite, Bin was not get sufficent edible food either.
*(Listen to complaint first-who, what, when, where, why)*

Nature of Allegation: Bin was the only one asian prisoner at CFCF 2013-2014
Complaint found bruise on Bin's forarm when he was kept at CFCF in 2013.

In June 2014, Bin was kept at Detention Center, complaint visited him
last week and found he lost more than 10 Lb weight, clearly he was
not provide sufficient edible food, and complaint received Bin's call
for dozens of time, but due to cell phone plan ended, complainant failed to
get contaction of Bin. Complainant Yan called Detention Center, she was threaten
(Witnesses (to include telephone numbers): to be arrested, she was threatend to wrongly
charged as harrassment.

Social Worker Mr ALi 215685 8567

Action Taken: _____

Date of Referral *(if applicable)*: _____

Complaint Key: _____   Closing Date: _____

**Complaint Keys:**
*AUDIT•BACKGRND•BRIBERY•COMPUTER•CONFLICT•DEPT•DRINKING•DRUGS•EMPLOYEE•EXTORT•FRAUD•MISCELL•MISCNDC
T•NO/ACT•NO/WORK•PAYOFF•RESIDENT•SIGNIF•TELEPHON•TEST•THEFT•TIME•TRASH•VEHICLES*